BOLENS, Respondent, vs. OZAUKEE COUNTY, Appellant.

*October 8 — October 23, 1894.*

*Bohan v. Ozaukee Co., ante,* p. 498, followed.

APPEAL from the Circuit Court for *Ozaukee* County.

The cause was submitted for the appellant on briefs by *H. B. Schwin,* district attorney, and for the respondent on the brief of *E. S. Turner.*

NEWMAN, J. This case presents the same question as the case of *Bohan v. Ozaukee Co., ante,* p. 498. The claim was for publishing the general election notice and information to voters for the year 1892. It had the same fortune before the county board and circuit court as *Bohan's Case.* It meets the same fate here.

*By the Court.*— The judgment of the circuit court is reversed, and the cause is remanded for a new trial.